In the Matter of the Accounting of MORRIS SALOMON et al., as Executors of SAMUEL FRANK, Deceased.

EMMA SONN et al., APPELLANTS; HENRY HOFHEIMER et al., as Co-executors of SAMUEL FRANK, Deceased, et al., Respondents.

Argued October 13, 1942; decided November 25, 1942.

*Frederick Baum* and *Frank E. Karelsen, Jr.*, for Emma Sonn, appellant.

*Charles S. Rosenschein* and *Robert Moers* for Maud Salomon et al., appellants.

*Henry Hofheimer, Louis J. Paley* and *Milton Mansbach* for Central Hanover Bank and Trust Company et al., as executors, respondents.

*Julius Weiss, special guardian* for Audrey Harris et al., infants, respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.